IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS TATE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3266

Opinion filed August 14, 2017.

An appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

Andy Thomas, Public Defender, Steven Seliger, Assistant Public Defender, Lacey Kantor, Assistant Public Defender, Pamela D. Presnell, Assistant Public Defender, and Jasmine Russell, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Virginia Harris, Assistant Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.